Opinion filed
October 21, 1931. Rehearing denied November 2, 1931.
Lawrence A. Jacobson, for appellants. Cohen & Berke, for appellee.
Mr. Justice Wilson delivered the opinion of the court.

Chicago Title & Trust Company, appellee, v. Ethel Levy et al., appellants. Gen. No. 35,618.

 Opinion filed
November 3, 1931.
Nathan Shefner, for appellants. A. J. Hennings and Loucks, Eckert & Peterson, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

James H. Hooper, plaintiff in error, v. W. W. Klipper, defendant in error. Gen. No. 35,063.

 Opinion filed November 9, 1931.
James H. Hooper, *pro se.* Max Lurie, for defendant in error.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

James H. Hooper, plaintiff in error, v. Max Cohen, defendant in error. Gen. No. 35,198.

 Opinion filed November 9, 1931.
James H. Hooper, *pro se.* Slottow & Leviton, for defendant in error; Marvin J. Welfeld, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

South Bend Lathe Works, appellee, v. Archimede Syndicate et al., appellants. Gen. No. 35,266.

 Opinion filed November 9, 1931.
Albert H. Fry, for appellants. Howard T. White, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Peter Armato, defendant in error, v. H. W. Elmore & Company, plaintiff in error. Gen. No. 35,273.

Opinion filed November 9, 1931.